[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-12641
Non-Argument Calendar
_____

D.C. Docket No. 3:14-cr-00098-MCR-10

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NASTASSJA N. SASSAU,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(June 14, 2016)

Before MARTIN, JORDAN, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Nastassja Sassau pleaded guilty to one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956 and one count of making a false statement in furtherance of a criminal conspiracy.   She was sentenced to 30 months in prison plus three years of supervised release.   Sassau filed a timely notice of

appeal through her lawyer Sharon K. Wilson on June 11, 2015. On September 18, 2015, Wilson filed a motion to withdraw from the appeal. The motion included a brief based on Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967), explaining that Wilson had examined the record in Sassau's case and concluded that an appeal would be wholly frivolous. In particular, the brief analyzed five potential issues that could have been raised on appeal and concluded that none had any merit. This Court's Acting Clerk of Court then informed Sassau of her right to respond to Wilson's motion. Sassau responded by filing a pro se brief raising issues related to the calculation of her sentence.

Our independent review of the entire record reveals that Wilson's assessment of the relative merit of the appeal is correct. This includes both the issues identified in Wilson's brief and other issues that are apparent from Sassau's pro se brief and the record in her case. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sassau's convictions and sentences are **AFFIRMED**.

2